1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

DAMIAN GALLEGOS ROSALES,

Case No. 17-cv-00823-SK

8

Plaintiff,

9

v.

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

10

NANCY A. BERRYHILL,

11

Defendant.

12      On February 17, 2017, Plaintiff filed a complaint appealing the denial of social security

13 benefits. Pursuant to the parties' stipulation, which the Court granted, Plaintiff's motion for

14 summary judgment was due to be filed by August 9, 2017. (Dkt. 18.) To date, Plaintiff has not

15 filed a motion for summary judgment. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW

16 CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a

17 written response to this Order to Show Cause by no later than September 18, 2017. If Plaintiff

18 intends to file a motion for summary judgment, he must show good cause for his failure to comply

19 with the Order in this case. Plaintiff is admonished that if he fails to file a response to this Order

20 to Show Cause by September 18, 2017, the Court will dismiss this case without prejudice without

21 further notice to Plaintiff.

22      **IT IS SO ORDERED**.

23 Dated: September 6, 2017

24

SALLIE KIM
United States Magistrate Judge

25
26
27
28